82.433-01



RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

# TEXAS COURT OF CRIMINAL APPEALS

## Austin, Texas

# M A N D A T E

**THE STATE OF TEXAS,**

**TO THE <u>176TH DISTRICT COURT OF HARRIS COUNTY</u>** — **GREETINGS:**

Before our **COURT OF CRIMINAL APPEALS**, on **DECEMBER 10, 2014**, the cause upon an Application for Writ of Habeas Corpus styled:

## <u>EX PARTE DONALD CHASE STIERS</u>

CCRA No. **WR-82,433-01**

Tr. Crt. No. **1437033-A**

was determined; and therein our said **COURT OF CRIMINAL APPEALS** made its order in these words:

"This cause came on to be heard on the Application for Writ of Habeas Corpus, and the same being considered, it is **ORDERED, ADJUDGED AND DECREED** that HABEAS CORPUS RELIEF IS **GRANTED**, in accordance with the Opinion of this Court, and that this Decision be certified below for Observance."

**WHEREFORE,** We command you to observe the order of our said **COURT OF CRIMINAL APPEALS** in this behalf and in all things have it duly recognized, obeyed and executed.

WITNESS, **THE HONORABLE SHARON KELLER**, Presiding Judge

of our said **COURT OF CRIMINAL APPEALS,**

with the Seal thereof annexed, at the City of Austin,

on this day **Monday, January 5, 2015.**

_____
ABEL ACOSTA, Clerk

**COPY**